IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SAID MOBIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 115-011 |
| | ) |
| SOHAILA MOBIN; J. DAVID ROPER, | ) |
| Judge, Superior Court of Columbia County; | ) |
| and JOHN R.B. LONG, Attorney, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 9). Nothing in the objections, including the renewed request for appointment of counsel, changes the legal analysis. Moreover, the Magistrate Judge has already correctly explained to Plaintiff that he is not entitled to appointment of counsel in this case. (Doc. no. 5, p. 2.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of March, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA