**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

SAID MOBIN,                              *
                                         *
    Plaintiff,                       *
                                         *
v.                                       *
                                         *         CV 115-011
SAHILA MOBIN et al.,                     *
                                         *
    Defendants.                      *
                                         *
                                         *

_____

**O R D E R**

_____

Presently before the Court is Plaintiff's Motion to Return Money. (Doc. 22.) Specifically, Plaintiff's motion represents that the Court improperly took from him a total of $918.71, which he requests that the Court return. He also asks the Court to appoint counsel. Upon consideration, the Court **DENIES** Plaintiff's motion.

Plaintiff initiated this action on January 22, 2015, and filed a motion for leave to proceed *in forma pauperis* ("IFP") that same day. (Doc. 1.) On January 26, 2015, the Court issued an Order requiring Plaintiff to inform it whether he intended to bring a claim under 42 U.S.C. § 1983 or 28 U.S.C. § 2241. (Doc. 3.) On February 3, 2015, Plaintiff filed a motion to appoint counsel, in which he requested a lawyer to represent him, but he

failed to follow the Court's January 26 Order. (Doc. 4.) The Court denied Plaintiff's motion to appoint counsel and informed him that failure to comply with its January 26 Order would result in the dismissal of his case. (Doc. 5.) Plaintiff ignored the Court's Order and again requested an appointed attorney. (Doc. 6.) Accordingly, the Magistrate Judge issued a report and recommendation that Plaintiff's case be dismissed without prejudice for failure to prosecute, which this Court adopted. (Docs. 7, 10.) On April 3, 2015, Plaintiff filed a notice of appeal. (Doc. 12.) On May 13, 2015, Plaintiff once again moved the Court to appoint counsel. (Doc. 15.) The Court denied this motion. (Doc. 16.) On June 1, 2015, the Court denied Plaintiff's request to appeal IFP. (Doc. 17.)

Now, Plaintiff requests that the Court return money it improperly took from him and appoint counsel. Plaintiff claims that the Court, without authorization, took: (1) $447.23 on June 3, 2015; and (2) $471.48 on August 4, 2015.

In its Order denying Plaintiff's motion to appeal IFP, the Court ordered that Plaintiff pay a $455.00 to appellate filing fee. Accordingly, on June 4, 2015, Plaintiff paid $447.23 to the Court. (Doc. 18.) Apparently, while Plaintiff's case was on appeal, the Eleventh Circuit determined that Plaintiff had consented to pay a $505.00 filing fee (doc. 23), and since Plaintiff paid the initial $447.23, he has paid an additional

$15.54. Plaintiff, therefore, has not paid the entire $505.00 he agreed to pay. Because Plaintiff is not entitled to have any money returned, the Court **DENIES** his request.

With respect to Plaintiff's request for appointed counsel, his motion states only that counsel would be helpful because he is not a lawyer. This argument is duplicative of the arguments Plaintiff made in his previous motions. Because "exceptional circumstances" do not exist in this case, see Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999), the Court once again **DENIES** Plaintiff's request to appoint counsel.

**ORDER ENTERED** at Augusta, Georgia this 12th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA